UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-133-KCD-NPM

RAMIRO JIMENEZ-FLORES,

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves for a Preliminary Order of Forfeiture for a Ruger .40 caliber semiautomatic pistol bearing serial number 343-50651 and a Ruger Security-380 pistol bearing serial number 387-41234, and an assortment of ammunition, seized on or about May 6, 2026.

Being fully advised of the relevant facts, the Court finds that the assets identified above were used to facilitate the conspiracy offense, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the

forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on August 4, 2026.

Kyle C. Dudek
United States District Judge

Copies to:
Blain A. Goff
Counsel of Record